**DP&S**

DURHAM, PITTARD & SPALDING, L.L.P.

Texas · New Mexico

ACCEPTED
15-25-00072-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/24/2025 12:09 PM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/24/2025 12:09:38 PM
CHRISTOPHER A. PRINE
Clerk

June 24, 2025

**VIA E-FILE**
Christopher A. Prine, Clerk of the Court
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

> Re:  Case No. 15-25-00072-CV; *Frances Spanos Shelton v. Vernon Leuschner, et al.*
> **Vacation Notice**

Dear Mr. Prine,

Please be advised that I will be on a prepaid vacation out of the country from October 5 through October 23, 2025.

I respectfully request that no arguments or other substantive matters that would require my participation be scheduled during this time.

Should you have any questions, please feel free to contact me.

Sincerely,

*/s/ Rick Thompson*

Rick Thompson

RT/jh
cc:  All counsel of record

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kelly Blackburn on behalf of William Richard Thompson
Bar No. 788537
efile@dpslawgroup.com
Envelope ID: 102354795
Filing Code Description: Other Document
Filing Description: R. Thompson Vacation Notice
Status as of 6/24/2025 12:19 PM CST

Associated Case Party: FrancesSpanosShelton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kirk Pittard | | kpittard@dpslawgroup.com | 6/24/2025 12:09:38 PM | SENT |
| Craig Cherry | 24012419 | ccherry@cjsjlaw.com | 6/24/2025 12:09:38 PM | SENT |
| Rick Thompson | | rthompson@dpslawgroup.com | 6/24/2025 12:09:38 PM | SENT |
| Scott James | | sjames@cjsjlaw.com | 6/24/2025 12:09:38 PM | SENT |
| Michala Quillen | | kquillen@cjsjlaw.com | 6/24/2025 12:09:38 PM | SENT |
| Ryan Johnson | | rjohnson@cjsjlaw.com | 6/24/2025 12:09:38 PM | SENT |

Associated Case Party: Vernon Leuschner

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Angus McSwain | 13861100 | mcswain@thetexasfirm.com | 6/24/2025 12:09:38 PM | SENT |
| Mark Firmin | 24099614 | firmin@thetexasfirm.com | 6/24/2025 12:09:38 PM | SENT |

Associated Case Party: RobertLeeSpanos

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James Dunnam | 6258010 | jimdunnam@dunnamlaw.com | 6/24/2025 12:09:38 PM | SENT |
| Mason Dunnam | | masondunnam@dunnamlaw.com | 6/24/2025 12:09:38 PM | SENT |
| Andrea Mehta | | andreamehta@dunnamlaw.com | 6/24/2025 12:09:38 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jenn Haring | | jharing@cjsjlaw.com | 6/24/2025 12:09:38 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kelly Blackburn on behalf of William Richard Thompson
Bar No. 788537
efile@dpslawgroup.com
Envelope ID: 102354795
Filing Code Description: Other Document
Filing Description: R. Thompson Vacation Notice
Status as of 6/24/2025 12:19 PM CST

Case Contacts

| Jenn Haring | | jharing@cjsjlaw.com | 6/24/2025 12:09:38 PM | SENT |
|---|---|---|---|---|
| Sarah Rowell | | rowell@thetexasfirm.com | 6/24/2025 12:09:38 PM | SENT |
| Ashley Snyder | | snyder@thetexasfirm.com | 6/24/2025 12:09:38 PM | SENT |
| Kelly Blackburn | | efile@dpslawgroup.com | 6/24/2025 12:09:38 PM | SENT |